IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | |
| CHRYSLER, L.L.C., | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) ) ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of retaliation, and to provide appropriate relief to Michelle Zahn ("Zahn") and Donna Hobbs ("Hobbs"), who were adversely affected by such practices. Zahn and Hobbs were subjected by Defendant to harassment, threat of discharge, and adverse terms and conditions of employment in retaliation for their perceived and/or anticipated complaints of discrimination based on sex.

### JURISDICTION AND VENUE

1. This action is brought by the United States Equal Employment Opportunity Commission to enforce the provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

2. This action is authorized and instituted pursuant to § 706(f)(1), § 706(f)(3), 42 U.S.C. §2000e-5(f)(1) §2000e-5(f)(3).

3. This court has jurisdiction of this action pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, 1345, 42 U.S.C. §§ 2000e-5(f)(3), and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

4. The unlawful acts alleged below were and are now being committed within the jurisdiction of the United States District Court for the Eastern District of Wisconsin, Milwaukee Division.

## PARTIES AND OTHER PERSONS

5. Plaintiff Equal Employment Opportunity Commission ("Plaintiff" or "Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by § 706(f)(1), Title VII, 42 U.S.C. §2000e-5(f)(1).

6. At all relevant times, Defendant Chrysler, L.L.C. ("Defendant") has continuously been a corporation doing business in Wisconsin.

7. At all relevant times, Defendant has continuously had at least fifteen (15) employees.

8. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

9. More than thirty (30) days prior to the institution of this lawsuit, Zahn and Hobbs each filed a charge with the Commission alleging violations of Title VII by Defendant.

10. All conditions precedent to the institution of this lawsuit have been fulfilled.

11. Since at least June 2006, Defendant has engaged in unlawful employment practices at its Milwaukee, Wisconsin facility, in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), by retaliating against Zahn and Hobbs, because of its perception and/or anticipation that Zahn and Hobbs intended to make complaints of discrimination based on sex.

The unlawful practices include, but are not limited to:

    a.    Subjecting Zahn and Hobbs to egregious verbal harassment;

    b.    Threatening Zahn and Hobbs with discharge; and

    c.    Failing to process grievances filed by or at the request of Zahn and Hobbs pursuant to a collective bargaining agreement.

12.    The effect of the practices complained of above has been to deprive Zahn and Hobbs of equal employment opportunities and otherwise adversely affect their status as employees in retaliation for perceived and/or anticipated opposition to discrimination prohibited by Title VII.

13.    The unlawful employment practices complained of above were and are intentional.

14.    The unlawful employment practices complained of above were and are done with malice and/or reckless indifference to the federally protected rights of Zahn and Hobbs.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully prays that this Court:

A.    Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice that violates Title VII.

B.    Order Defendant to institute and carry out policies, practices, and programs which eradicate the effects of its past and present unlawful employment practices;

C.    Order Defendant to make Zahn and Hobbs whole by providing affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D.    Order Defendant to make Zahn and Hobbs whole by providing compensation for

3

Case 2:08-cv-01067-WEC    Filed 12/09/08    Page 3 of 5    Document 1

past and future pecuniary losses;

E. Order Defendant to make Zahn and Hobbs whole by providing compensation for past and future nonpecuniary losses, including emotional pain, suffering, loss of enjoyment of life and humiliation;

F. Order Defendant to pay Zahn and Hobbs punitive damages for its intentional, malicious and/or reckless conduct, in an amount to be determined at trial;

G. Grant such further relief as the Court deems necessary and proper; and

H. Grant the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all issues of fact raised by its Complaint.

Respectfully submitted,

RONALD COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

John C. Hendrickson
Regional Attorney

Gregory Gochanour
Supervisory Trial Attorney

Justin Mulaire
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
312-353-7722